# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIGUEL A. COTRICH,

    Plaintiff,

v.

    Case No. 6:17-cv-719-Orl-TBS

IRS INTERNAL REVENUE SERVICE,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Miguel A. Cotrich's Motion for Leave to Proceed in Forma Pauperis (Doc. 2), which the Court referred to United States Magistrate Judge Thomas B. Smith for a Report and Recommendation.

On May 18, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 7). Having reviewed the Report and Recommendation (Doc. 7) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 7) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.
2. Plaintiff Miguel A. Cotrich's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED**;
3. Plaintiff Miguel A. Cotrich's Amended Complaint (Doc. 6) is **DISMISSED**;
4. The Clerk of Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this 13 day of June, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties